AO 245H (Rev. 9/00) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __FLORIDA__

FILED
09 SEP 29 PM 12: 19
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA
V.
ELIZABETH JENNINGS GILL

JUDGMENT IN A CRIMINAL CASE
(For a Petty Offense) — Short Form

CASE NUMBER: 8:09-CR-254-T-23TGW

KEVIN BECK, Retained
Defendant's Attorney

## THE DEFENDANT:

√ THE DEFENDANT pleaded guilty to count(s)  ONE OF THE INFORMATION

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 1701 | Obstruction of Mail | 9/29/08 | ONE |

☐ Count(s) _____  ☐ is ☐ are  dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

|  | Assessment | Fine |
|---|---|---|
| Total: | $ 10.00 | $ 100.00 |

Defendant's Soc. _____
Defendant's Date _____
Defendant's USM  51077-018
Defendant's Residence Address:
516 3rd Court Southwest
Ft. Meade, FL 33841

Defendant's Mailing Address:
516 3rd Court Southwest
Ft. Meade, FL 33841

SEPTEMBER 29, 2009
Date of Imposition of Judgment

_Signature_
Signature of Judicial Officer

United States Magistrate Judge THOMAS G. WILSON
Name and Title of Judicial Officer

SEPTEMBER 29, 2009
Date